Lenora McNEIL, Plaintiff–Appellant,

v.

SCOTLAND COUNTY, a body
politic and incorporated,
Defendant–Appellee.

No. 02–1707.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 22, 2002.

Decided Dec. 18, 2002.

James H. Locus, Jr., Fayetteville, North
Carolina, for Appellant. Cecil W. Harri-
son, Jr., David L. Woodard, Poyner &
Spruill, L.L.P., Raleigh, North Carolina,
for Appellee.

Before NIEMEYER, LUTTIG, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Lenora McNeil appeals the district
court's order granting summary judgment
in her former employer's favor on her

claims of employment discrimination. We have reviewed the parties' briefs,* the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McNeil v. Scotland County,* 213 F.Supp.2d 559 (M.D.N.C. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* In her appellate and reply briefs, McNeil raises claims of a hostile work environment and "continuing violations" of discrimination. This Court generally does not address claims raised for the first time on appeal. *First Va. Banks, Inc. v. BP Exploration & Oil Inc.,* 206 F.3d 404, 407 n. 1 (4th Cir.2000) (declining to consider issues raised for first time on appeal). We also find that McNeil has abandoned her wrongful discharge claim under the North Carolina Equal Employment Practices Act by failing to raise it in her brief. *Edwards v. City of Goldsboro,* 178 F.3d 231, 241 n. 6 (4th Cir.1999) (noting that issues not briefed or argued are deemed abandoned).